UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DERRICK L. CLAY,<br><br>    Plaintiff,<br><br>    v.<br><br>ROGER WALKER, et al.<br><br>    Defendants. | Civil Case No. 07-CV-509-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                                  **JUSTINE FLANAGAN, Acting Clerk**

**DATED:** August 17, 2009                   s/Brenda K. Lowe, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**